UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------

EDWARD BABABEKOV,

                Plaintiff,      <u>ORDER OF DISMISSAL</u>
                                   <u>FOR FAILURE TO PROSECUTE</u>

    -vs-
                                   <u>CV-03-3477</u>  (NGG)

LONG ISLAND RAILROAD
COMPANY,

                Defendant.

---------------------------------------------------------------

GARAUFIS, J.

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since SEPTEMBER 21, 2004 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

                                                    SO ORDERED.

                                                 NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
               May 10, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 1 2005 ★
BROOKLYN OFFICE