UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD BABABEKOV,

                    Plaintiff,

   -against-

LONG ISLAND RAILROAD
COMPANY,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 3477 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 1 2 2005 ★

BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 11, 2005, dismissing the case without prejudice for failure to prosecute; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       May 11, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court